IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SANDRA FAYE HOWARD, | * |
| Plaintiff, | * |
| v. | Case No.   5:22-cv-00075-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 24, 2023, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 24th day of August, 2023.

.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk